IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES B. COOK,

    Plaintiff,

vs.                                        CASE NO. 5:09cv72/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 13), which considers the Commissioner's Amend Motion To Remand (Doc. 12), and certifies that Plaintiff's counsel does not object to the Motion to Remand.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Commissioner's Amended Motion To Remand (Doc. 12) is granted, and this case is remanded to the Commissioner of the Social Security Administration pursuant to sentence six of 42 U.S.C. §405(g) for further administrative proceedings in accordance with the Report and Recommendation.

3. The court retains jurisdiction of this case during the period of remand.

4. The Commissioner shall advise the court of the status of the case not later than sixty days from the date of this Order and every forty-five days

    thereafter.

5.    The clerk is directed to administratively close this file.

**ORDERED** on June 25, 2009.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**