**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CHARLES BARTON COOK,

    Plaintiff,

vs.                                                  CASE NO. 5:09cv72/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 34). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Petition for Attorney's fees And Costs (Doc. 31) is **granted.**

3. Pursuant to 28 U.S.C. §2412 (EAJA), Plaintiff is entitled to recover reasonable fees and expenses by his counsel, Heather M. Freeman, for representation before the United States District Court for the Northern District of Florida. Attorney's fees and expenses under the EAJA in the amount of $2,964.29 are reasonable, and the Commissioner is directed to pay that amount to Plaintiff.

4. Plaintiff's payment should be mailed to his attorney, Heather M. Freeman,

55 W. Monroe Street, Suite 2440, Chicago, IL 60603.

5. The clerk is directed to close the file.


**ORDERED** on April 21, 2011.

/S/ Richard Smoak<br>
**RICHARD SMOAK**<br>
**UNITED STATES DISTRICT JUDGE**