IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHARLES BARTON COOK,**

    **Plaintiff,**

vs.	CASE NO. 5:09-cv-72/RS-EMT

**MICHAEL J. ASTRUE,**

    **Defendant.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 36). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The Petition for Authorization of Attorney Fee Pursuant to Social Security Act (Doc. 32) is **GRANTED**.

3. Plaintiff's counsel, Heather Freeman, is awarded attorney's fees in the amount of $5,848.00, to be paid out of the sums withheld by the Commissioner from Plaintiff's past due benefits.

4. This case remains closed.

**ORDERED** on January 18, 2012.

              <u>/S/ Richard Smoak</u>
              **RICHARD SMOAK**
              **UNITED STATES DISTRICT JUDGE**